**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br>   v.<br>Clayton Manycows,<br>        Defendant. | CR 06-0945-PHX-PGR<br>**DETENTION ORDER** |

On January 3, 2007, defendant Clayton Manycows appeared before this Court on a petition to revoke conditions of release and submitted the issue to the Court. The Court considered the information provided to the Court in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court short of placement at the Recovery Homes halfway house facility. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending an interview and possible placement at Recovery Homes. If the Defendant is found suitable for such placement, a bag and baggage hearing shall be set before this Court.

DATED this 3rd day of January, 2007.

_____
David K. Duncan
United States Magistrate Judge